IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SERGEI KOVALEV,
    Plaintiff,

v.                                     CIVIL ACTION NO. 19-5579

IRINA STEPANSKY, DMD, *et al.*
    Defendants.

## ORDER

AND NOW, this 10th day of December, 2019, upon consideration of Sergei Kovalev's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 1), and *pro se* Complaint (ECF. No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons in the Court's Memorandum.

4. Kovalev may file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Kovalev's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. The amended complaint shall also clearly state the basis for the Court's jurisdiction. When drafting his amended complaint, Kovalev should be mindful of the Court's reasons for dismissing the claims in his initial Complaint as explained in the Court's

Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

5. The Clerk of Court is **DIRECTED** to send Kovalev a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Kovalev may use this form to file his amended complaint if he chooses to do so.

6. If Kovalev fails to file an amended complaint in accordance with this Order, his case may be dismissed without further notice for failure to prosecute.

BY THE COURT:

_____
JUAN R. SÁNCHEZ, C.J.