# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SERGEI KOVALEV,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 19-5579** |
| | : | |
| **IRINA STEPANSKY, DMD,** *et al.* | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 4th day of February, 2020, upon consideration of Sergei Kovalev's

Amended Complaint (ECF. No. 6), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to

state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons in the Court's

Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**JUAN R. SANCHEZ, C.J.**